IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILLIAM RAGER, individually and on
behalf of all others similarly situated,

      Plaintiff,

v.                                      Case No.: 2:18-cv-00571-WJ/KRS

PECOS VALLEY PIZZA, INC., and BRIAN
BAILEY,

      Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court on the parties' Joint Motion to Dismiss with Prejudice, by and through their respective counsel of record, the Court, having reviewed the Joint Motion and this Stipulated Order, and otherwise being fully advised in the premises, **FINDS** that the Joint Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff William Rager's *Complaint*, and all causes of action that were or that could have been brought therein, are hereby dismissed with prejudice.

It is further **ORDERED** that each party shall bear its/his own attorneys' fees and costs.

                                                                            HONORABLE WILLIAM P. JOHNSON
                                                                            CHIEF UNITED STATES DISTRICT JUDGE

SUBMITTED & APPROVED BY:

CIVEROLO, GRALOW & HILL, P.A.

By  */s/ Lisa E. Pullen*
     Lisa Entress Pullen
     David M. Wesner
     *Attorneys for Defendants, Pecos Valley*
      *Pizza, Inc. and Brian Bailey*
     P.O. Box 887
     Albuquerque, NM  87103-0887
     (505) 842-8255
     pullenl@civerolo.com
     wesnerd@civerolo.com


FORESTER HAYNIE, PLLC

By  *Approved by Jay Forester via email on 9/6/19*
     Jay Forester, Esq.
     Matthew Haynie
     *Attorneys for Plaintiff William Rager*
     400 N Saint Paul St. Ste. 700
     Dallas, Texas 75201
     (214) 210-2100
     jay@foresterhaynie.com
     matthew@foresterhaynie.com